IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| PAMELA J. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:12cv00124 |
| v. | ) | |
| | ) | |
| JAMES MADISON UNIVERSITY, | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion entered this day, the magistrate judge's August 27, 2013 report and recommendation is adopted in its entirety and this matter is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

It is **SO ORDERED.**

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered:  September 17, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge