IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| PAMELA J. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:12cv00124 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MADISON UNIVERSITY, | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

## ORDER

The court referred this matter to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. Dkt. No. 56. The magistrate judge filed a report and recommendation on June 30, 2014, recommending that Plaintiff's Motion to Amend/Correct her Amended Complaint be **DENIED** and that Defendant's Motion to Dismiss the Plaintiff's Amended Complaint be **DENIED as moot**. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted *in toto*. It is accordingly **ORDERED** and **ADJUDGED** that Plaintiff's Motion to Amend/Correct her Amended Complaint, Dkt. No. 56, is **DENIED**, Defendant's Motion to Dismiss the Plaintiff's Amended Complaint, Dkt. No. 52, is **DENIED as moot**, and that the report and recommendation, Dkt. No. 62, is **ADOPTED in its entirety**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: July 21, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge